UNITED STATES of America, Plaintiff–Appellee,

v.

McJames SIMMONS, Defendant–Appellant.

No. 06–11326

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 6, 2007.

Grady Charles Irvin, Jr., Irvin Law Firm, L.L.C., Tampa, FL, for Defendant–Appellant.

Before BIRCH, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Grady C. Irvin, appointed counsel for McJames Simmons, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Simmons's convictions and sentences are **AFFIRMED.**